1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WILLIAM JEROME MARQUISE COOK,        No. 2:20-cv-0588 AC P

12                    Plaintiff,

13          v.                             ORDER

14    WEST,

15                    Defendant.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983. ECF No. 1. Plaintiff has not, however, filed an in forma pauperis affidavit or

19    paid the required filing fee of $350.00 plus the $50.00 administrative fee.[1] See 28 U.S.C. §§

20    1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate

21    affidavit in support of a request to proceed in forma pauperis or to submit the required fees

22    totaling $400.00.

23          In accordance with the above, IT IS HEREBY ORDERED that:

24          1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in

25    support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or

26

27    _____
      [1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee
      but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not
28    required to pay the $50.00 administrative fee.

                                                    1

the required fees in the amount of $400.00.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed, and

    2.  The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: March 23, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2