UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JEROME MARQUISE COOK,<br><br>Plaintiff,<br><br>v.<br><br>WEST,<br><br>Defendant. | No. 2:20-cv-0588 AC P<br><br><br>ORDER |

Plaintiff has filed a request for production of documents. ECF No. 2. The complaint is this case was recently filed and has not yet been screened pursuant to the Prison Litigation Reform Act or served on any defendant. Accordingly, discovery is premature.

Plaintiff is informed that discovery will not begin unless and until the complaint is served, a defendant has answered, and the court issues a Discovery and Scheduling Oder. Once discovery begins, it will be unnecessary to seek court permission for the service of specific discovery requests. Requests for production of documents, and other types of discovery requests, are served directly on the party from whom discovery is sought; they are not filed with the court. Neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure.

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for production of documents, ECF No. 2, will be disregarded.

DATED: March 23, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE